1  GLENN W. PETERSON, ESQ. (SBN 126173)
   **MILLSTONE PETERSON & WATTS, LLP**
2  *Attorneys at Law*
   2267 Lava Ridge Court, Suite 210
3  Roseville, CA 95661
4  Telephone No: (916) 780-8222
   Fax No: (916) 780-8775
5

6  Attorneys for Plaintiff
   Farm and Trade, Inc.

7  STEPHEN W. CUSICK, ESQ. (SBN 111353)
   **NEILSEN, HALEY & ABBOTT LLP**
8  44 Montgomery Street, Suite 750
9  San Francisco, CA 94104
   Telephone No: (415) 693-0900
10 Fax No: (415) 693-9674

11 Attorneys for Defendants
   U.S. Rice Producers Association and
12 Dwight Roberts

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FARM AND TRADE, INC. | ) | Case No. 2:11-CV-02306-MCE-CKD |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | ) | |
| U.S. RICE PRODUCERS ASSOCIATION, INC., a Texas Corporation; DWIGHT ROBERTS; and DOES 1 through 25, inclusive, | ) | |
| Defendants. | ) | |



# STIPULATION

It is hereby stipulated and agreed that all claims brought in this action, Civil Case No. 2:11-CV-02306-MCE-CKD, between Plaintiff Farm and Trade, Inc. and Defendants U.S. Rice Producers Association, Inc. and Dwight Roberts are DISMISSED WITH PREJUDICE.  Each party shall bear its own costs and attorneys' fees incurred in this action.

A proposed Order of Dismissal or Discontinuance With Prejudice is submitted herewith.

IT IS SO STIPULATED.

DATED:  April 24, 2013                     **MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*

By:_____/s/GLENN W. PETERSON_____
                GLENN W. PETERSON

Attorneys for Plaintiff
Farm and Trade, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Glenn W. Peterson

DATED:  April 24, 2013                     **NIELSEN, HALEY & ABBOTT LLP**

By:_____/s/STEPHEN W. CUSICK_____
           **(AS AUTHORIZED ON 04/24/13)**
                STEPHEN W. CUSICK

Attorneys for Defendants
U.S. Rice Producers Association and
Dwight Roberts

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**NIELSEN, HALEY & ABBOTT LLP**
*Attorneys at Law*
/s/ Stephen W. Cusick

# **ORDER**

IT IS HEREBY ORDERED that, pursuant to the Stipulation of the parties, all claims in Civil Case No. 2:11-CV-02306-MCE-CKD are dismissed with prejudice.

IT IS SO ORDERED.

DATED: April 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT